UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD D. MARTIN,<br><br>　　　　　　　Petitioner,<br>　v.<br>U.S. DISTRICT COURT,<br><br>　　　　　　　Respondent. | Case No. 3:15-cv-00019-MMD-WGC<br><br>ORDER |

Petitioner submitted a *pro se* motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (dkt. no. 1-1) about one year after the dismissal of his federal habeas petition as untimely. *See* 3:13-cv-00306-RCJ-WGC. Because he failed to include the case number on his motion, and he also submitted a new application to proceed *in forma pauperis* (dkt. no. 1), his motion was docketed, in error, as a new petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. However, the Court has concluded that petitioner intended to file his motion in his previously commenced habeas action, case no. 3:13-cv-00306-RCJ-WGC.

It is therefore ordered that the Clerk shall detach the motion for relief from judgment (dkt. no. 1-1) and the motion for counsel (dkt. no. 1-2) and shall file the two motions in case no. 3:13-cv-00306-RCJ-WGC.

It is further ordered that the Clerk shall close the instant action in accordance with this order.

DATED THIS 21st day of April 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE